FILED: December 30, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-7065
(2:96-cr-00131-RBS-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

EUGENE SMALLS, a/k/a Gene Smalls, a/k/a Kishawnie Henry, a/k/a Quickness

    Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered 11/23/2015, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*